UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
NO. 5:22-CV-189-KKC

NINA WHITE                                                                                          PLAINTIFF

v.

META PLATFORMS, INC., *et al.*                                                          DEFENDANTS

### ORDER

This matter having come before the Court on the joint motion of Plaintiff Nina White and Defendants Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram, LLC, and Siculus, Inc., for entry of a stay in this matter pending resolution of the Motion for Transfer and Coordination or Consolidation Under 28 U.S.C. § 1407 filed before the United States Judicial Panel on Multidistrict Litigation ("JPML"), and the Court, having reviewed the record and being otherwise sufficiently advised, it is hereby **ORDERED** that the Parties' Joint Motion to Stay is **GRANTED (DE #16)**.  It is **ORDERED** that the case is hereby **STAYED** pending disposition by the JPML of the pending motion in MDL No. 3047 to centralize this case in an MDL for pretrial proceedings; and it is **FURTHER ORDERED** that, should the JPML deny that motion, Defendants shall file their Answer or otherwise respond to the Complaint within 30 days of such an order.

This 10th day of August, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY